## No. 13,959.

Union Pacific Railroad Company *v.* Ellis et al.
(68 P. [2d] 1118)

Decided May 10, 1937.

Judgment affirmed en banc without written opinion. Mr. Justice Hilliard not participating.

Mr. C. C. Dorsey, Mr. E. G. Knowles, for plaintiff in error.

Mr. William R. Kelly, Mr. John C. Banks, for defendants in error.

## No. 13,960.

Union Pacific Railroad Company *v.* Colorado National Bank of Denver, Executor et al.
(68 P. [2d] 1118)

Decided May 10, 1937.

Judgment affirmed en banc without written opinion. Mr. Justice Hilliard not participating.

Mr. C. C. Dorsey, Mr. E. G. Knowles, for plaintiff in error.

Mr. William R. Kelly, Mr. John C. Banks, for defendants in error.